UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KARRIECE Q. DAVIS,

    Petitioner,

v.                                                      Case No. 5:17cv63-MCR-CJK

BLACKMON, Warden,
FCI-Marianna,

    Respondent.
_____/

ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 11, 2017 (doc. 13). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (doc. 1) is **DENIED**.

3. Petitioner's "Motion Requesting the Honorable Court to Rule on Pending Motion under 28 U.S.C. 2241, Requesting Jail Credit" (doc. 12) is **DENIED AS MOOT**.

4. The clerk is directed to close the file.

**DONE AND ORDERED** this 16th day of September, 2017.

*/s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**